UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

Civil Action No. 1:18-cv-00282

| | |
|---|---|
| NUVASIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JONES, and KENNETH KORMANIS,<br><br>    Defendants, | INJUNCTIVE RELIEF SOUGHT |

## DECLARATION OF JIM HENS

Under penalty of perjury and pursuant to 28 U.S.C. Section 1746, Declarant, Jim Hens states that:

1. My name is Jim Hens. I am over the age of 18 and am fully competent to give the testimony contained in this Declaration, all of which is based on my personal knowledge.

2. NuVasive employs me as its Vice President of Sales – Atlantic.

3. NuVasive grants its sales force access to and knowledge of its trade secrets and proprietary information so that they are able to favorably represent NuVasive to its customers.

4. These sales agents are the "face" of NuVasive to its customers within their sales territory.

Further, this Declarant sayeth not.

I declare under penalty of perjury the foregoing is true and correct.

Date: 4/23/18

_____
Jim Hens

727309.1/020180373

**EXHIBIT 2**